UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNNY RUSS, Individually,
and as parent and natural guardian
of SRJ, a minor,

       Plaintiff,

vs.                                                    Case No. 8:06-cv-369-T-24TBM

UNITED STATES OF AMERICA, MANATEE
COUNTY RURAL HEALTH SERVICES, INC.,
REGINALD A. WOODS, M.D., WILFREDO
RIVERA-ORTIZ, M.D., ELIAS CALTERNCO, M.D.,
JOHN I. ABU, M.D. and EZER A. OJEDA, M.D.,

       Defendants.
_____/

## O R D E R

This cause comes before the Court on Defendant United States of America's Unopposed Motion to Dismiss Individually Named Defendants (Doc. No. 14). Defendant United States of America seeks an Order from this Court dismissing the individually named Defendants, and Counts II - VII of the complaint, arguing the individually named Defendants are immune from suit pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. and the Federal Supported Centers Assistance Act, 42 U.S.C. §233. Defendant United States of America represents that Plaintiff does not object to the relief requested in Defendant United States of America's motion.

Upon consideration, it is **ORDERED AND ADJUDGED** that Defendant United States of America's Unopposed Motion to Dismiss Individually Named Defendants (Doc. No. 14) is **GRANTED.** Defendants Manatee County Rural Health Services, Inc., Reginald A. Woods,

Wilfredo Rivera-Ortiz, Elias Caltenco, John I. Abu and Ezer A. Ojeda are dismissed.

Furthermore, Counts II - VII of the complaint are dismissed.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of June, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record